1  *AUDILETT LAW PC*
   335 NORTH WILMOT RD SUITE 500
2  TUCSON, ARIZONA 85711-2636
   (520) 748-2440
3  Email:  daa@audilettlaw.com

4  Daryl A. Audilett, Esq.
   State Bar No. 009007; PCC No. 2036
5  Attorney for Defendants Napier and Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler;<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural Metro Fire Dept., Inc., an Arizona for profit corporation; Keith Barnes and Jane Doe Barnes, his spouse; Grant Reed and Brittany Reed;<br><br>Defendants. | NO.  CV-18-00383-TUC-FRZ<br><br>NOTICE OF SERVICE OF DEFENDANTS NAPIER AND BARNES' SIXTH SUPPLEMENTAL MIDP RESPONSE, WITH EXPERT REBUTTAL DISCLOSURE<br><br><br>(The Honorable Frank R. Zapata) |
|---|---|

Defendants Napier and Barnes give notice that they served their Sixth Supplemental MIDP Response with Expert Rebuttal Disclosure dated December 31st, 2019 on Plaintiffs' counsel and on counsel for the Rural Metro Defendants.  The Response was emailed and mailed via U. S. Mail, postage paid, to counsel on December 31, 2019.

*Cutler v. Napier, et al.*
United States District Court No. CV-18-00383-TUC-FRZ

DATED this 31st day of December, 2019.

*AUDILETT LAW PC*

/s/ Daryl Audilett
_____
Daryl A. Audilett
Attorney for Defendants Napier and Barnes

CERTIFICATE OF SERVICE

I hereby certify that on December 31st, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott Zwillinger, Esq.
Paul J. Vaporean, Esq.
Goldman & Zwillinger, PLLC
17851 N. 85th Street, Suite 175
Scottsdale, AZ 85255
**Attorneys for Plaintiffs**

Scott Reynolds, Esq.
C.J. Gibbs, Esq.
Galen H. Satterlee, Esq.
SATTERLEE GIBBS, PLLC
3133 W. Frye Road, Suite 101
Chandler, AZ 85226
**Attorneys for Rural Metro**
**Fire Department and Reed**

By /s/ Karen Audilett
1666

2