Galen H. Satterlee (State Bar No. 025220)
C.J. Gibbs (State Bar No. 028810)
Scott Reynolds (State Bar No. 013652)
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226
Telephone: 480-702-1211
Fax: 480-546-3218
E-mail: galen@sgazlaw.com
cj@sgazlaw.com
scott@sgazlaw.com
minuteentries@sgazlaw.com

Attorneys for Defendants Rural/Metro Fire Dept., Inc.,
Grant Reed and Brittany Reed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural/Metro Fire Dept., Inc., an Arizona for profit corporation, Keith Barnes and Jane Doe Barnes, his spouse, Grand Reed and Brittany Reed,<br><br>Defendants. | No. 18-CV-00383-TUC-FRZ<br><br>**DEFENDANTS RURAL/METRO FIRE DEPT., INC., GRANT REED AND BRITTANY REED'S STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT RE: NEGLIGENCE CLAIM – DR. THORNTON EXPERT TESTIMONY PRECLUSION**<br><br>**(Assigned to the Honorable Frank R. Zapata)** |

Defendants, Rural/Metro First Dept., Inc., Grant and Brittany Reed (collectively "RM"), respectfully submit this Statement of Facts in support of their Motion for Summary Judgment RE: Negligence Claim – Dr. Thornton Expert Testimony Preclusion.

**STATEMENT OF FACTS**

1. Plaintiff has disclosed Dr. Thornton as an expert that will opine on the applicable paramedic standard of care as to Defendant Grant Reed. *See* **Exhibit A**, Dr. Stephen Thornton, MD's Expert Report (Thornton000001-000052).

2. Dr. Thornton is a full-fledged medical doctor that works at a University hospital in Kansas. *See* **Exhibit B**, Deposition of Stephen Thornton, M.D. at p. 80, ln. 2 – p. 81, ln. 14.

3. Dr. Thornton went to undergraduate, then medical school, and then completed his residency and is licensed as a medical doctor with a subspecialty in toxicology. *Id.*

4. Dr. Thornton is not certified as an EMCT-Paramedic, has no experience in the paramedic field, does not actively practice as an EMCT-Paramedic, and does not instruct paramedic students. *See* Exhibit A at p. 81, ln. 15 – p. 83, ln. 9. and p. 86, lns. 5-18.

5. Defendant Grant Reed is a certified EMCT – Paramedic. *See* **Exhibit C**, Grant Reed's EMCT – Paramedic Certification Cards (CONFIDENTIAL CUTLER/RM 0693-0694).

///
///
///

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

        SATTERLEE GIBBS PLLC

        By: /s/ Scott Reynolds
         Galen H. Satterlee
         C.J. Gibbs
         Scott Reynolds
         3133 W. Frye Road, Suite 101
         Chandler, Arizona 85226
         Attorneys for Defendants Rural/Metro Fire
         Dept., Inc., Grant Reed and Brittany Reed

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott H. Zwillinger
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012

Shaun T. Kuter
Paul J. Vaporean
Goldman & Zwillinger PLLC
17851 N. 85th Street, Suite 175
Scottsdale, Arizona 85255
Attorneys for Plaintiff

Daryl Audilett
Audilett Law PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711-2636
Attorney for Defendants Sheriff Napier and Keith Barnes

By: /s/ Kirsten Sylvia