Galen H. Satterlee (State Bar No. 025220)
C.J. Gibbs (State Bar No. 028810)
Scott Reynolds (State Bar No. 013652)
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226
Telephone: 480-702-1211
Fax: 480-546-3218
E-mail: galen@sgazlaw.com
        cj@sgazlaw.com
        scott@sgazlaw.com
        minuteentries@sgazlaw.com

Attorneys for Defendants Rural/Metro Fire Dept., Inc.,
Grant Reed and Brittany Reed

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural/Metro Fire Dept., Inc., an Arizona for profit corporation, Keith Barnes and Jane Doe Barnes, his spouse, Grand Reed and Brittany Reed,<br><br>Defendants. | No. 18-CV-00383-TUC-FRZ<br><br>**DEFENDANTS RURAL/METRO FIRE DEPT., INC., GRANT REED AND BRITTANY REED'S STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT RE: NEGLIGENCE CLAIM – HARO EXPERT TESTIMONY PRECLUSION**<br><br>**(Assigned to the Honorable Frank R. Zapata)** |

Defendants, Rural/Metro First Dept., Inc., Grant and Brittany Reed (collectively "RM"), respectfully submit this Statement of Facts in support of their Motion for Summary Judgment RE: Negligence Claim – Haro Expert Testimony Preclusion.

**STATEMENT OF FACTS**

1. Plaintiff has disclosed Guillermo Haro as a paramedic standard of care expert. *See* **Exhibit A**, Guillermo Haro's Supplemental Expert Report (Haro000006-000015).

2. Guillermo Haro retired as a paramedic from the Glendale Fire Department in September of 2006. *See* **Exhibit B**, Deposition of Guillermo Haro at p. 20, ln. 6 – p. 21, ln. 7.

3. During the year preceding the incident in question, Guillermo Haro was a part-time employee for Paradise Valley Community College where he taught on average 6.15 hours per week. *See* **Exhibit C**, relevant documentation from PVCC (CUTLER/RM 0815-0816 and CUTLER/RM 0833).

4. His annual income from teaching for the period 06/05/16 through 06/05/17 was $8,442.90 (295 hours @ the hourly rate of $28.62). *See* **Exhibit D**, 2016-2017 W2s and timesheets (CUTLER/RM 0815-0816 and CUTLER/RM 0873-0874).

5. Guillermo Haro was the lead instructor for a course in pathophysiology that he taught once per year for a period of 3 eight-hour days. *See* Exhibit B at p. 67, ln. 20 – p. 68, ln. 13.

6. Guillermo Haro is identified by PVCC as a temporary worker and since 2004 has held the titles of EMT Temp and Paramedic Class Lab Tutor. *See* **Exhibit E**, relevant documentation from PVCC (CUTLER/RM 0833, CUTLER/RM 0824-0825 and CUTLER/RM 0828-0829).

7. Guillermo Haro has not published any scholarly articles or books. *See* Exhibit B at p. 54, ln. 19 – p. 55, ln. 1 and p. 172, lns. 3-8.

8. Guillermo Haro admits that during the year preceding the incident in this case, he was also working with the EPIC Traumatic Brain Injury Project through the University of Arizona. *See* Exhibit B at p. 68, ln. 24 – p. 69, ln. 10.

9. This project did not involve teaching students but was a training course for fire departments and emergency room departments throughout the State of Arizona. *See* Exhibit B at p. 131, ln. 19 – p. 132, ln. 5.

10. In 2018, Guillermo Haro admits that his income for work on the EPIC project was $8,800. *See* Exhibit B at p. 69, lns. 15-20.

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

SATTERLEE GIBBS PLLC

By: /s/ Scott Reynolds
    Galen H. Satterlee
    C.J. Gibbs
    Scott Reynolds
    3133 W. Frye Road, Suite 101
    Chandler, Arizona 85226
    Attorneys for Defendants Rural/Metro Fire Dept., Inc., Grant Reed and Brittany Reed

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott H. Zwillinger
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012

Shaun T. Kuter
Paul J. Vaporean
Goldman & Zwillinger PLLC
17851 N. 85th Street, Suite 175
Scottsdale, Arizona 85255
Attorneys for Plaintiff

Daryl Audilett
Audilett Law PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711-2636
Attorney for Defendants Sheriff Napier and Keith Barnes

By: /s/ Kirsten Sylvia