Galen H. Satterlee (State Bar No. 025220)
C.J. Gibbs (State Bar No. 028810)
Scott Reynolds (State Bar No. 013652)
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226
Telephone: 480-702-1211
Fax: 480-546-3218
E-mail: galen@sgazlaw.com
         cj@sgazlaw.com
         scott@sgazlaw.com
         minuteentries@sgazlaw.com

Attorneys for Defendants Rural/Metro Fire Dept., Inc.,
Grant Reed and Brittany Reed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural/Metro Fire Dept., Inc., an Arizona for profit corporation, Keith Barnes and Jane Doe Barnes, his spouse, Grand Reed and Brittany Reed,<br><br>Defendants. | No. 18-CV-00383-TUC-FRZ<br><br>**DEFENDANTS RURAL/METRO FIRE DEPT., INC., GRANT REED AND BRITTANY REED'S STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT RE: NEGLIGENCE CLAIM – TAYLOR EXPERT TESTIMONY PRECLUSION**<br><br>**(Assigned to the Honorable Frank R. Zapata)** |

Defendants, Rural/Metro First Dept., Inc., Grant and Brittany Reed (collectively "RM"), respectfully submit this Statement of Facts in support of their Motion for Summary Judgment RE: Negligence Claim – Taylor Expert Testimony Preclusion.

**STATEMENT OF FACTS**

1. Roy Taylor was employed by Plaintiff as a police procedures expert. *See* **Exhibit A**, Roy Taylor, Ph.D.'s Expert Report (Taylor000001-000029).

2. Although Roy Taylor worked as an EMT (not as a certified paramedic), that employment ended in 2010, several years before the incident in this case. *Id.*

3. Roy Taylor is not certified as an EMCT-Paramedic, has no experience as a paramedic, does not actively practice as an EMCT-Paramedic, and does not instruct paramedic students. *Id.*

4. With respect to Roy Taylor's experience as an EMT, he admits that his employment as an EMT ended in 2010. *Id.*

5. Roy Taylor also admits that he has never been licensed or certified as a paramedic and never been qualified as an expert to testify as to a paramedic's standard of care. *See* **Exhibit B**, Deposition of Roy Taylor, Ph.D., p. 117, lns. 13-21.

6. Defendant Grant Reed is a certified EMCT – Paramedic. *See* **Exhibit C**, Grant Reed's EMCT – Paramedic Certification Cards (CONFIDENTIAL CUTLER/RM 0693-0694).

///
///
///

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

SATTERLEE GIBBS PLLC


By: /s/ Scott Reynolds
    Galen H. Satterlee
    C.J. Gibbs
    Scott Reynolds
    3133 W. Frye Road, Suite 101
    Chandler, Arizona 85226
    Attorneys for Defendants Rural/Metro Fire
    Dept., Inc., Grant Reed and Brittany Reed

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott H. Zwillinger
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012

Shaun T. Kuter
Paul J. Vaporean
Goldman & Zwillinger PLLC
17851 N. 85th Street, Suite 175
Scottsdale, Arizona 85255
Attorneys for Plaintiff

Daryl Audilett
Audilett Law PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711-2636
Attorney for Defendants Sheriff Napier and Keith Barnes

By: /s/ Kirsten Sylvia