# EXHIBIT 15

# In The Matter Of:

*Cutler v.*
*Pima County*

---

*Grant Reed*
*June 25, 2019*

---

*Griffin Group International*
*2398 E. Camelback Road*
*Suite 260*
*Phoenix, AZ 85016*

To open files, click on the desired file type in bookmark on left.
For quick saving or searching multiple files, click attachments tab (or paperclip) on left.
For best viewing/searching, use Adobe Reader/Acrobat ver. 9 or higher
(www.adobe.com).

1    A.    I don't recall.
2    Q.    At some point as you're driving there, maybe when
3  you get there, you -- are you told to -- to hold off and not
4  respond?
5    A.    I do recall that at some point we were told to hold
6  off.  I feel that we were told multiple times to hold off.
7  There was conflicting information.  I do -- I do recall that
8  there was conflicting information.  I don't remember the
9  specifics of that.  I know that by conflicting information,
10 what I mean is that we were told to hold off/move in, hold
11 off/move in.
12   Q.    Do you recall where you were the first time you
13 were told to hold off?
14   A.    I believe we were en route.
15   Q.    Okay.  And then when you get to the scene, was
16 there a time then -- is that what you're describing you're
17 told to go in and hold off, or was it by the time you got
18 there you were just told to hold off?
19         What happened when you got there is what I'm
20 trying to ask?
21   A.    I don't remember the specific order of it.
22   Q.    Okay.
23   A.    From what I remember, we were told to hold off, and
24 so we stayed inside of the ambulance when we first got on
25 scene.  And then at some point, we were cleared to move in.