EXHIBIT 16

| | | |
|---|---|---|
| 1 | O. | 10-4. |
| 2 | C. | Continuing 10-35. |
| 3 | O. | And, uh, Rescue 407, do we have, uh, Meds respondin'? Maybe they can give him |
| 4 | | somethin' to relax him or? |
| 5 | C. | 10-4. I advised them, and they're gonna be holding off until they're _____ to him. |
| 6 | O. | All right. I don't know if we need, uh, 10-35, but I don't know why they're holdin' off. |
| 7 | | We got 4 deputies up the hill tryin' to hold a guy down from hurtin' himself so if we can |
| 8 | | have a paramedic start makin' his way up to, uh, the deputies, let him know that it |
| 9 | | probably needs to be, uh, an ALS, uh, paramedic and maybe they can give the guy |
| 10 | | somethin'. |
| 11 | C. | 10-4. Continuing 10-35. |
| 12 | O. | 362, 309. Do you guys still need 10-35? |
| 13 | O. | We're still tryin' to manage him. |
| 14 | O. | 10-4. |
| 15 | C. | And 362, Meds just wants to confirm that it is Code 4 for one of their units to respond to |
| 16 | | you. |
| 17 | O. | 10-4. He's 26, and we have a rip on him. He's still delusional and combative with us, but |
| 18 | | we do need some assistance up here. |
| 19 | C. | 10-4. Continuing 10-35. |
| 20 | O. | 774, let 'em know, uh, that they can turn down the street right in front of 'em and it'll get |
| 21 | | 'em directly back to us. |
| 22 | C. | 774, 10-9 the last? |
| 23 | O. | Let Meds know they can turn down the street directly in front of them and it'll lead 'em |
| 24 | | back to us. |
| 25 | C. | 1206. |
| 26 | O. | LINCOLN 52, can you advise on confirmation that Meds are going to respond now? |
| 27 | C. | 10-4, they are; I just got off the phone with them. |
| 28 | O. | 10-4. |
| 29 | C. | Continuing 10-35. |
| 30 | O. | 774, 309. Is Meds moving in? |
| 31 | O. | 10-4. _____. |
| 32 | O. | Thank you. |
| 33 | C. | Continuing 10-35. |
| 34 | O. | 362, go ahead and clear 10-35. |
| 35 | C. | 10-4. Frequency's clear for normal traffic at 1211. |
| 36 | O. | 439, 10-6, on 21, reference threats. |
| 37 | C. | 10-4, for 14155 East Via Rancho del Lago. 1213. And unit calling? |