IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler,<br><br>  Plaintiff,<br><br>v.<br><br>Rural/Metro Fire Department Incorporated, et al.,<br><br>  Defendants. | No. CV-18-00383-TUC-JCH<br><br>**ORDER** |

Pending before the Court is the Defendants' Motion for Permission to File Non-Electronically Exhibits 22, 24, and 30 to Their Separate Statement of Facts in Support of Motion for Summary Judgement (Doc. 123), which Defendants filed on September 4, 2020. On October 13, 2020, Defendants filed a second motion entitled, Motion for Ruling on Defendants' Motion (Doc. 129), which requested a ruling on the first motion. Plaintiff did not respond to or oppose either motion. Good cause appearing,

**IT IS ORDERED** that Defendants' Motion for Permission to File Non-Electronically Exhibits 22, 24, and 30 to Their Separate Statement of Facts in Support of Motion for Summary Judgement (Doc. 123) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Ruling on Defendants' Motion (Doc. 129) is **DENIED** as moot.

Dated this 12th day of November, 2020.

_____
Honorable John C. Hinderaker
United States District Judge