Galen H. Satterlee (State Bar No. 025220)
C.J. Gibbs (State Bar No. 028810)
Scott Reynolds (State Bar No. 013652)
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226
Telephone: 480-702-1211
Fax: 480-546-3218
E-mail: galen@sgazlaw.com
　　　　cj@sgazlaw.com
　　　　scott@sgazlaw.com
　　　　minuteentries@sgazlaw.com

Attorneys for Defendants Rural/Metro Fire Dept., Inc.,
Grant Reed and Brittany Reed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural/Metro Fire Dept., Inc., an Arizona for profit corporation, Keith Barnes and Jane Doe Barnes, his spouse, Grand Reed and Brittany Reed,<br><br>Defendants. | No. 18-CV-00383-TUC-JCH<br><br>**DEFENDANTS RURAL/METRO FIRE DEPT., INC., GRANT REED AND BRITTANY REED'S SUPPLEMENTAL STATEMENT OF FACT IN SUPPORT OF THEIR COMBINED REPLY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT RE: NEGLIGENCE CLAIM – EXPERT TESTIMONY PRECLUSION**<br><br>**(Assigned to the Honorable John C. Hinderaker)** |

Defendants Rural/Metro First Dept., Inc., Grant and Brittany Reed (collectively "RM") respectfully submit this Supplemental Statement of Fact in support of their

Combined Reply in Support of their Motions for Summary Judgment RE: Negligence Claim – Expert Testimony Preclusion.

**STATEMENT OF FACT**

1. During Mr. Haro's deposition, Mr. Haro admitted that it was not about "time" to him, but rather what he perceived to be as his effort and passion as to what he wants to do. *See* **Exhibit A**, Deposition of Guillermo Haro at p. 143, lns. 5-24.

RESPECTFULLY SUBMITTED this 9th day of December, 2020.

SATTERLEE GIBBS PLLC

By: /s/ Scott Reynolds
    Galen H. Satterlee
    C.J. Gibbs
    Scott Reynolds
    3133 W. Frye Road, Suite 101
    Chandler, Arizona 85226
    Attorneys for Defendants Rural/Metro Fire
    Dept., Inc., Grant Reed and Brittany Reed

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott H. Zwillinger
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Attorneys for Plaintiffs

Daryl Audilett
Audilett Law PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711-2636
Attorney for Defendants Sheriff Napier and Keith Barnes

By: /s/ Kirsten Sylvia