Guillermo Haro
February 13, 2020

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Robert Steven Cutler, individually ) Case No.:
and as Administrator of the Estate ) 18-CV-00383-TUC-FRZ
of David A. Cutler, deceased, on   )
behalf of himself and on behalf of )
all beneficiaries of the Estate of )
David A. Cutler, deceased, and     )
Renee Luddington Cutler,           )
                                   )
            Plaintiffs,            )
                                   )
vs.                                )
                                   )
Mark D. Napier, Sheriff of Pima    )
County, Arizona, in his official   )
capacity; Rural/Metro Fire Dept.,  )
Inc., an Arizona for profit        )
corporation, Keith Barnes and Jane )
Doe Barnes, his spouse, Grand Reed )
and Brittany Reed,                 )
                                   )
            Defendants.            )
_____)

VIDEOTAPED DEPOSITION OF GUILLERMO HARO

Chandler, Arizona
February 13
10:02 a.m.

                        BARTELT|NIX COURT REPORTERS
                        RRF No. 1028
                        111 W. Monroe Street, Suite 425
Prepared by:             Phoenix, Arizona  85003
Helen Pasewark, CR, RPR  Phone:  (602) 254-4111
Certificate No. 50905    Fax:    (602) 254-6567

Guillermo Haro
February 13, 2020

Page 143

```
 1   know, with the numbers.
 2           MR. SATTERLEE:  Can you read the question back
 3   just so it is clear.
 4           (Question read as follow:
 5                   "And to the extent that's what it
 6           shows, that you spent more time at your job at
 7           the University of Arizona, that it's inaccurate
 8           to say that you spent the majority of your
 9           professional time teaching?")
10           THE WITNESS:  According to what I say here,
11   right, that's what you're saying.  And -- okay.  So I
12   want to go back to the point is that it's just -- I
13   understand that you're thinking of time, how much time
14   you're spending at one time and how much you are doing.
15   I'm talking about effort, passion, what I want to do.
16   To me that is the majority of my -- my willingness to do
17   something for somebody else as far as teaching, is
18   that's where my focus is at.
19                   I understand that I worked for the U of A
20   and I spent some time doing that and that was a good
21   project, but my focus is that as teaching at the same
22   time.  And so my majority of my focus was on that time
23   teaching.  And so I agree, maybe the numbers don't
24   reflect that, but that's how I feel about it.
25
```