Galen H. Satterlee (State Bar No. 025220)
C.J. Gibbs (State Bar No. 028810)
Scott Reynolds (State Bar No. 013652)
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226
Telephone: 480-702-1211
Fax: 480-546-3218
E-mail: galen@sgazlaw.com
cj@sgazlaw.com
scott@sgazlaw.com
minuteentries@sgazlaw.com

Attorneys for Defendants Rural/Metro Fire Dept., Inc.,
Grant Reed and Brittany Reed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural/Metro Fire Dept., Inc., an Arizona for profit corporation, Keith Barnes and Jane Doe Barnes, his spouse, Grand Reed and Brittany Reed,<br><br>Defendants. | No. 18-CV-00383-TUC-JCH<br><br>**AFFIDAVIT OF SCOTT REYNOLDS** |

STATE OF ARIZONA        )
                        ) ss.
COUNTY OF MARICOPA      )

I, Scott Reynolds, pursuant to Rule 80(i), Ariz. R. Civ. P., hereby declare, under penalty of perjury, as follows:

1. I am over 18 years old and competent to make this affidavit.

2. I am a partner with the firm of Satterlee Gibbs PLLC which represents Defendants Rural/Metro Fire Dept., Inc. ("Rural/Metro"), Grant Reed ("Grant Reed") and Brittany Reed (collectively "Defendants"). I have personal responsibility for representing Defendants in the above captioned matter.

3. On November 8, 2018, counsel for Defendants' counsel sent a letter to Plaintiffs' counsel indicating they had not complied with A.R.S. §12-2602 and had not provided a preliminary expert opinion. *See* **Exhibit A.**

4. On or about November 18, 2018, Plaintiff provided the Preliminary Expert Opinion Declaration of Donald Locasto, M.D.

5. On or about April 4, 2019, Defendants' counsel sent a letter to Plaintiffs' counsel indicating Dr. Locasto did not meet the minimum threshold requirements as an expert regarding the applicable standard of care under A.R.S. §12-2604(2)(a) and A.R.S. §12-2604(2)(b). *See* **Exhibit B.**

6. On June 14, 2019, Plaintiffs' counsel provided a sparse preliminary expert report dated May 31, 2019, authored by their newly retained paramedic expert, Guillermo Haro.

7. On November 15, 2019, Plaintiffs' counsel provided an expert report dated November 15, 2019, authored by Guillermo Haro.

8. On or about December 31, 2019, Plaintiffs' counsel provided a supplemental expert report dated December 30, 2019, authored by Guillermo Haro.

9. On February 13, 2020, Mr. Haro's deposition was taken. Many of the questions focused on the time he was teaching and conducting other work during the year preceding the incident. Plaintiff's counsel was fully aware of this line of questioning and possibility that his expert did not qualify as an expert witness under the Arizona statute.

10. Mr. Haro's deposition transcript was not provided to counsel until February 26, 2020 and was not finalized until April 6, 2020.

11. Further, affiant sayeth naught.

EXECUTED on this 9th day of December, 2020

SATTERLEE GIBBS PLLC

/s/ Scott Reynolds
Galen H. Satterlee
CJ Gibbs
Scott Reynolds
Attorneys for Rural Metro Fire Department and Reed

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott H. Zwillinger
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Attorneys for Plaintiffs

Daryl Audilett
Audilett Law PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711-2636
Attorney for Defendants Sheriff Napier and Keith Barnes

By: /s/ Kirsten Sylvia