IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler,<br><br>  Plaintiff<br><br>v.<br><br>Christopher Nanos, et al.,<br><br>  Defendants | No.  CV-18-00383-TUC-JCH<br><br>JUDGMENT ON TAXATION OF COSTS |

Amended Final Judgment having been entered, defendant Pima County on behalf of Nanos and Barnes, filed a Bill of Costs on August 10, 2021, seeking the taxation of $9,491.69.  No objection to the taxable costs was filed.  The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the defendants and against the plaintiff in the amount of **$9,491.69**.

DATED this 17th day of March 2022

DEBRA D. LUCAS, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk