# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler, individually and as Administrator of the Estate of David A. Cutler, deceased, on behalf of himself and on behalf of all beneficiaries of the Estate of David A. Cutler, deceased, and Renee Luddington Cutler;, <br><br> Plaintiffs, <br><br> v. <br><br> Mark D. Napier, Sheriff of Pima County, Arizona, in his official capacity; Rural Metro Fire Dept., Inc., an Arizona for profit corporation; Keith Barnes and Jane Doe Barnes, his spouse; Grant Reed and Brittany Reed, <br><br> Defendants. | No. CV-18-00383-TUC-FRZ |

VIDEOTAPED DEPOSITION OF KRISTEN LEE POWELL
October 11, 2019
Tucson, Arizona

REPORTED BY:  BONNIE J. HUMM, RPR
              Arizona CR No. 50722
COLVILLE & DIPPEL, LLC
(520) 884-9041
ArizonaDepos.com
Arizona RRF No. R1129

Deposition of Kristen Lee Powell
Cutler v Pima County et al.

Page 47

1  have been able to see the man on the hill as he drove the
2  road that takes you to the Gomez residence?  He would
3  have been able to see the man on the hill?
4      **A.**    **Correct.  Much like you can see the flag on**
5  **the other opposite hill, because David was standing up**
6  **right at the top of the hill.**
7      Q.    Exactly.  And from where the deputy parked,
8  based again on your knowledge of the geography and the
9  terrain there, the deputy would have been able to see
10 where on top of the hill the man was that turns out to be
11 David Cutler; the deputy would have been able to see
12 where David Cutler was on the top of the hill where the
13 deputy stopped and got out of his vehicle?
14     **A.**    **Yes.**
15     Q.    Now I've got to circle back again --
16     **A.**    **Okay.**
17     Q.    -- because I haven't -- I don't think we've
18 exhausted your knowledge and your recollection of the
19 concerns you expressed to your husband between the time
20 of the event and before you met with the Cutler
21 company -- or, excuse me, family.
22             What concerns did you express to him?
23     **A.**    **The same ones that I mentioned in Exhibit 3 to**
24 **Detective Hogan; that there was not a sense of urgency or**
25 **rushing or just the lights or a siren, you know,**

Deposition of Kristen Lee Powell
Cutler v Pima County et al.

Page 48

1  something that would show me that there was -- or anybody
2  viewing it that this was an emergency situation.
3      Q.   Is that kind of just generally -- I don't know
4  if you remember the exact words -- but that's generally
5  the concerns that you expressed to your husband?
6      A.   That as well as -- thank you -- as David is
7  standing on the top.  And once the detective -- or, I'm
8  sorry, an officer and --
9      Q.   Deputy.
10     A.   Deputy.
11     Q.   That's Deputy Barnes?
12     A.   Correct.  And if I can interrupt and say I did
13 last night -- I was like, who is this?  And I gathered he
14 wasn't going to be here, because Karen mentioned that
15 he's relocated, he's retired and is living in Oregon.  So
16 I don't know if I was going to be meeting him today.  And
17 I Googled his name last night, so I saw --
18     Q.   Did you find out anything bad about him that I
19 should know about?
20     A.   Well, he was -- actually there was something.
21 There was another case in Tucson where he was the first
22 responder to a fire in a garage, and then the man ended
23 up passing away.
24     Q.   Did you --
25     A.   I just saw -- and that was last night.

Deposition of Kristen Lee Powell
Cutler v Pima County et al.

Page 128

1     **A.**     **Uh-huh.**

2     Q.     What was it about the urgency that you

3 observed that would relate to the ambulance company or

4 the paramedic or EMT that were on the scene?

5     **A.**     **Well, again, that day I was viewing it not as**

6 **a -- somebody that was close to death. I didn't even**

7 **have that as a remote possibility in my mind. So**

8 **watching people walk or ascend and, you know, it's not**

9 **like, you know, when you see somebody running or trying**

10 **to scale something super quick, you know, to get up there**

11 **as fast as they can. I didn't see that from -- everybody**

12 **was just making their way up for whatever reason.**

13     Q.     All right. So your sense of urgency or lack

14 of urgency in this case --

15     **A.**     **Yes.**

16     Q.     -- is that they weren't running up the hill;

17 is that correct?

18     **A.**     **Right. That nobody was in a hurry.**

19     Q.     Okay. When you say no one is in a hurry, I

20 need to understand that a little bit more.

21     **A.**     **Okay.**

22     Q.     Was it that no one -- when you say hurried, do

23 you mean like running or jogging?

24     **A.**     **Well, certainly not running, but, you know,**

25 **moving quickly up the hill or -- you know, again I could**

Deposition of Kristen Lee Powell
Cutler v Pima County et al.

Page 129

```
 1   hear voices.  And I don't know how people or emergency --
 2   you know, how they respond in situations, if they would
 3   be calling up, like, Hurry up, we've got to get up here.
 4   You know, he needs fluid, he needs -- you know, something
 5   like that type of, like, verbally that I -- everybody
 6   was -- it was a quiet scene.
 7        Q.   Okay.
 8        A.   So that's, I guess, what I'm saying.  Verbally
 9   or physically like hustling up.
10        Q.   Okay.  Hustling up.  And that it was quiet?
11        A.   It was -- they were -- I couldn't make out
12   what they were saying, if they were like, you know -- I
13   don't know.  Again, it's my opinion that if it's an
14   emergency, if somebody -- now that I know -- was like
15   coding or doing something, you know, that's a different
16   situation than what I knew was occurring.  And I wouldn't
17   have suspected that that's what was occurring by the
18   visual picture.
19        Q.   Okay.  But you weren't privy to any of the
20   conversations that anyone was having --
21        A.   No, sir.
22        Q.   -- between the officers --
23        A.   No, sir.
24        Q.   -- and the paramedics or any of that, right?
25        A.   No, sir.
```

Deposition of Kristen Lee Powell
Cutler v Pima County et al.

Page 147

1  whole time.  So I just -- I brought out water.  I didn't
2  ask them if they wanted water.  I just brought them out
3  water.
4              MR. ZWILLINGER:  I have nothing further.
5              THE VIDEOGRAPHER:  The time is 2:09.  This
6  concludes the deposition.
7              (Deposition concluded at 2:09 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1         D E P O S I T I O N   S I G N A T U R E   P A G E
 2            IN THE UNITED STATES DISTRICT COURT
 3               FOR THE DISTRICT OF ARIZONA
 4   Robert Steven Cutler, et al.,    )
                                      )
 5            Plaintiffs,             )
                                      )
 6      v.                            ) Case No.
                                      ) CV-18-00383-TUC-FRZ
 7   Mark D. Napier, et al.,          )
                                      )
 8            Defendants.             )
     _____)
 9
10          DECLARATION UNDER PENALTY OF PERJURY
11       I declare under penalty of perjury that I have read
12   the entire transcript of my deposition taken in the
13   above-captioned matter, or the same has been read to me,
14   and the same is true and accurate, save and except for
15   changes and/or corrections, if any, as indicated by me on
16   the DEPOSITION ERRATA SHEET hereof, with the
17   understanding that I offer these changes as if still
18   under oath.
19
20       Signed on the date    day of month    , 2019.
21
22
23   _____
24   KRISTEN LEE POWELL
25
```