**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| District Judge: John C. Hinderaker | Date: December 1, 2022 |
| Robert Steven Cutler v. Pima County, et al. | Case Number: CV-18-00383-TUC-JCH |

Attorneys for the Plaintiff: Jennifer Allen and Scott Zwillinger
Attorney for the Defendants: Kenneth Reynolds and Galen Satterlee
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen

**JURY TRIAL – Day 3:**

The jury arrives at 9:30 a.m.
Counsel inform the Clerk the parties need additional time to discuss a possible agreement. The Court will permit a delay to allow the parties to attempt to reach an agreement and the jury is advised proceedings will be delayed.

Lunch is provided to the jury at 11:30 a.m.

12:32 p.m. – In absence of the jury, Mr. Reynolds informs the Court an agreement has been reached and requests the Court vacate the remainder of the trial proceedings. Counsel for the Plaintiff have no objection.

Mr. Zwillinger orally motions the Court to seal documents 268, 269, 272 and 273. Pursuant to the stipulation of the parties, IT IS ORDERED documents 268, 269, 272 and 273 be sealed (Formal Order to follow).

IT IS FURTHER ORDERED the jury trial is vacated and the case is Dismissed With Prejudice.

The jury enters at 12:35 p.m. The admonition is lifted and the jurors are excused.

Proceedings conclude at 12:39 p.m.

                                                    Jury Trial:  7 minutes
                                                    Start: 12:32 p.m. Stop: 12:39 p.m.