IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Steven Cutler,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Pima County, et al.,<br><br>　　　　　Defendant. | CV-18-00383-TUC-JCH<br><br>**ORDER** |

The parties having reached an agreement,

**IT IS HEREBY ORDERED** vacating the remainder of jury trial proceedings.

**IT IS FURTHER ORDERED** this matter is Dismissed With Prejudice. The Clerk is instructed to close this case.

Dated this 1st day of December, 2022.

_____
Honorable John C. Hinderaker
United States District Judge